NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

AKEEM RYAN BOWEN, DOC #T55681,   )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D18-721
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
                                 )
_____  )

Opinion filed May 10, 2019.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Akeem Ryan Bowen, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.

          Affirmed.


VILLANTI, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.